UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,                  :

       -against-                              :      06 Cr. 975 (CLB)(LMS)

HUGO LARA-RAYO,                            :

                                             Defendant.                :
-----------------------------------------------------------x

Brieant, J.

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated April 23, 2007, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

SO ORDERED.

Dated: April 24, 2007
White Plains, New York

                                                    Charles L. Brieant
                                                    United States District Judge